# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

MARLON GEOVANNY URRUTIA-DIAZ,   )
  )
    Petitioner,   )
  )     No. 2:25-cv-03098-TLP-atc
v.   )
  )
BRIAN ACUNA, TRINITY MINTER,   )
TODD LYONS, KRISTI NOEM, and   )
PAMELA BONDI, in their official   )
capacities,   )
  )
    Respondents.   )

## ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION, AND DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner Marlon Geovanny Urrutia-Diaz, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1]  (ECF No. 1.)

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  So the proper respondent in this case is Scott Ladwig, the acting New Orleans Field Office Director for ICE Enforcement and Removal Operations.[2]  (*See* ECF No. 1 at PageID 3.)  The Court therefore

---

[1] To the extent Petitioner seeks relief based on the conditions of confinement at the detention facility (*see* ECF No. 1 at PageID 7), his claim is not appropriately presented in this habeas petition.  *See Velasco v. Lamanna*, 16 F. App'x 311, 314 (6th Cir. 2001).

[2] *See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-places-detainer-illegal-alien-arrested-killing-teen-during-second-drunk-driving (last accessed Nov. 17, 2025); *see Godinez-Lopez v. Ladwig*, Civ. No. 25-2962, ECF No. 1 (W.D. Tenn. Oct. 17, 2025).

1

respectfully **DIRECTS** the Clerk to add Scott Ladwig as Respondent and terminate Brian Acuna, Trinity Minter, Todd Lyons, Kristi Noem, and Pamela Bondi as Respondents.

The Court further **DIRECTS** the Clerk to serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig by certified mail[3] and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve the United States Attorney for the Western District of Tennessee electronically at the following email address: stuart.canale@usdoj.gov.  Under Federal Rule of Civil Procedure 4(i), the Clerk shall send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, the Court **ORDERS** Respondent to show cause in writing within three (3) days why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim that Petitioner must exhaust remedies.

Petitioner may file a reply within three (3) days of service of the return.  If Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform Respondent of those issues in the return.

The Court will set a hearing by separate order.  *See* 28 U.S.C. § 2243.

---

[3] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113.  *See* ICE Field Offices, U.S. Immigrations and Customs Enforcement, https://www.ice.gov/contact/field-offices (last accessed Dec. 1, 2025).

**SO ORDERED**, this 4th day of December, 2025.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE